WO

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF ARIZONA**

Pamela Zulk,

Plaintiff,

v.

Commissioner of Social Security Administration,

Defendant.

No. CV-26-05511-PHX-JAT

**ORDER**

Pending before the Court is Plaintiff's motion to proceed in forma pauperis. (Doc. 2). The Court finds that the compliant states a claim sufficient to survive screening. *See Hairston v. Juarez*, No. 22-CV-01801-BAS-WVG, 2023 WL 2468967, at *2 (S.D. Cal. Mar. 10, 2023). The Court also finds that Plaintiff does not have the ability to pay. *See Escobedo v. Applebees,* 787 F.3d 1226, 1235 (9th Cir. 2015). Accordingly,

**IT IS ORDERED GRANTING** the application for leave to proceed in forma pauperis (Doc. 2), without prepayment of costs or fees or the necessity of giving security therefor.

Dated this 19th day of August, 2026.

James A. Teilborg
Senior United States District Judge